NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In re Guardianship of Dominic Charles Anderson, | ) ) ) |
| THE LAW OFFICE OF KANNER & PINTALUGA, | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) Case No. 2D19-976 |
| DEBORAH WOOD, as guardian of Dominic Charles Anderson, | ) ) ) ) |
| Respondent. | ) ) ) |

Opinion filed November 6, 2019.

Petition for Writ of Certiorari to the Circuit Court for Sarasota County; Kimberly Bonner, Judge.

Mahra Sarofsky of Slusher & Rosenblum. P.A., West Palm Beach, for Petitioner.

Hank B. Campbell of Tamayo & Aranda, P.A. of Lakeland, for Respondent.

PER CURIAM.


         Dismissed.


KELLY, VILLANTI, and LUCAS, JJ., Concur.